**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7322**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MIKE ANDREW BROCKETT,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CR-92-88-N)

---

Submitted:  January 16, 1996          Decided:  January 25, 1996

---

Before HALL, MURNAGHAN, and NIEMEYER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mike Andrew Brockett, Appellant Pro Se.  Charles Dee Griffith, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for production of transcripts at Government expense. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm on the reasoning of the district court. United States v. Brockett, No. CR-92-88-N (E.D. Va. July 17, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED